UNITED STATES *v.* WOO SHU BIN ET AL.

No. 4372.—Invoices dated Chefoo, China, September 30, November 26, 1935. Certified October 1, November 27, 1935.

Entered at Honolulu, T. H., October 24, December 14, 1935. Entry Nos. 968, 1521.

(Decided August 3, 1938)

*Webster J. Oliver*, Assistant Attorney General (*John J. McDermott*, special attorney), for the plaintiff.

*Lawrence & Tuttle* (*Frank L. Lawrence* of counsel) for the defendants.

EVANS, Judge: This is an appeal filed by the collector from a finding of value made by the appraiser on importations of Shantung pongee silk piece goods. The case was first heard at San Francisco and a continuance granted in order that the Government might present proof that the merchandise here involved was similar or identical with that involved in a report of a special agent which was offered in evidence by Government counsel but rejected upon objection by counsel for the defendant. About two years thereafter the case was heard at Honolulu and the same special agent's report was again offered in evidence without proof that the merchandise was the same. No other proof was offered.

Upon this record we find that the plaintiff has utterly failed to make out a *prima facie* case. In view of the presumption of correctness attaching to the appraiser's finding of value under section 501 of the Tariff Act of 1930, I find that the value of the merchandise is 15 yuan dollars per piece, plus packing, as invoiced and entered.

Judgment will be rendered accordingly. It is so ordered.

JULY 5, 1938

No. 4373.— ————Trans-Oriental Traders, Inc. v. United States. Exporter Moji Chikusai Kaisha. Entered at New York. Not published. Motion by plaintiff.

JULY 19, 1938

No. 4374.— ————United States v. Stone & Downer Corp. Exporter, Meccano, Ltd. Entered at Boston, Mass. Published Reap. Dec. 4352. Motion by appellant.

JULY 22, 1938

No. 4375.— ——T. E. Ash et al. v. United States. Exporter, Askania-Werke A. G. Entered at Houston, Tex., and New York. Published Reap. Dec. 4327. Motion by defendant.